# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0265
_____

MARIA RODRIGUEZ,

Appellant,

v.

SWISSPORT and GALLAGHER
BASSET,

Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Jeffrey I. Jacobs, Judge.

Date of Accident: March 14, 2016.

July 24, 2018

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Rene Lopez of Lopez & Morales, P.A., Miramar, for Appellees.